UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Hosea Project Movers, LLC, *et al.*,

    Plaintiffs,

        v.                               Case No. 1:15cv799

Waterfront Associates, Inc., *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 14, 2017 (Doc. 43).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 43) of the Magistrate Judge is hereby **ADOPTED**. Waterfront's Motion to Dismiss (Doc. 18) is **DENIED**; C&B Marine's Motion to Dismiss (Doc. 17) is **GRANTED**; and Waterfront's Motion for Summary Judgment (Doc. 32) is **GRANTED in PART and DENIED in PART** consistent with the recommendation by the Magistrate Judge.

**IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett
                                          United States District Judge